1  MCGREGOR W. SCOTT
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2770

5

6

7              IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,      )   CASE NO. CR.S-01-026 DFL
                                  )
11             Plaintiff,         )
                                  )
12     v.                         )   ORDER AFFIRMING SENTENCE
                                  )
13 BRIAN K. THOMPSON,             )
                                  )
14             Defendant.         )
   _____)
15

16      THIS MATTER came before the Court on October 19, 2006 on a

17 limited remand based upon U.S. v. Ameline, 409 F.3d 1073 (9th

18 Cir. 2005).  The government was represented by Assistant U.S.

19 Attorney, Heiko P. Coppola, and the defendant was represented by

20 Victor S. Haltom.  This Court finds that it would have imposed

21 the same sentence upon the defendant even if it had known at the

22 time of sentencing that the Sentencing Guidelines were only

23 advisory.  A copy of the hearing transcript, which further

24 ///

25 ///

26 ///

27 ///

28 ///

1

discusses the Court's reasoning is attached hereto and incorporated by reference herein as Exhibit 1.

IT IS SO ORDERED.

Date: November 15, 2006.

DAVID F. LEVI
United States District Judge