IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Respondent, | No. CR S-01-026 JAM GGH |
| vs. | |
| BRIAN K. THOMPSON, | |
| Movant. | ORDER |

The order issued June 18, 2008 (docket no. 154) is hereby withdrawn.

IT IS SO ORDERED.

DATED: July 7, 2008.

_____
U.S. MAGISTRATE JUDGE

2
thom0026.mc

1