```
McGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:(916) 554-2770
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-01-026 JAM GGH |
| Plaintiff-Appellee, | GOVERNMENT'S REQUEST FOR AN EXTENSION OF TIME AND ORDER |
| v. | |
| BRIAN K. THOMPSON, | |
| Defendant-Appellant. | |

The United States hereby requests a sixty (60) day extension of time until October 20, 2008 to file its response to the defendant's petition for relief pursuant to 28 U.S.C. Section 2255.  The original date for the government to file its response is August 21, 2008.  This motion is based on the attached declaration of Assistant U.S. Attorney Heiko P. Coppola.

DATED: August 20, 2008

```
                                    McGREGOR W. SCOTT
                                    United States Attorney


                                    By /s/ Heiko P. Coppola
                                       HEIKO P. COPPOLA
                                       Assistant U.S. Attorney
```

<u>O R D E R</u>

IT IS HEREBY ORDERED that the government's request for an extension is granted.  The government's response is due October 20, 2008.

DATED: 08/25/08                           /s/ Gregory G. Hollows
                                          _____
                                          HONORABLE GREGORY G. HOLLOWS
                                          U.S. Magistrate Judge

thom0026.eot

2