McGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:(916) 551-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | No. CR-S-01-026 JAM GGH P |
| | ) | |
| v. | ) | |
| | ) | GOVERNMENT'S REQUEST FOR AN |
| BRIAN K. THOMPSON, | ) | EXTENSION OF TIME AND |
| | ) | ORDER |
| Defendant-Appellant. | ) | |
| _____ | ) | |

   The United States hereby requests a thirty (30) day extension of time until November 19, 2008 to file its response to the defendant's petition for relief pursuant to 28 U.S.C. Section 2255. The current due date for the government to file its response is October 20, 2008.  This motion is based on the attached declaration of Assistant U.S. Attorney Heiko P. Coppola.

DATED: October 18, 2008

                                   McGREGOR W. SCOTT
                                   United States Attorney


                                   By /s/ Heiko P. Coppola
                                     HEIKO P. COPPOLA
                                     Assistant U.S. Attorney

O R D E R

IT IS HEREBY ORDERED that the government's request for an extension is granted. The government's response is due November 19, 2008.

DATED:10/22/08                    /s/ Gregory G. Hollows
                                  U.S. Magistrate Judge

thom0026.eot2

1