IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Respondent,                    No. CR S-01-0026 JAM GGH

    vs.

BRIAN K. THOMPSON,

      Movant.                      <u>ORDER</u>

_____/

        Movant has requested an extension of time to file a reply to the respondent's opposition to movant's November 17, 2008 motion to modify restitution, as well as seeking a copy of the government's opposition. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Movant's December 16, 2008 request for an extension of time (Docket No. 167) is granted;

        2. Movant is granted thirty days from the date of this order in which to file a reply to the respondent's opposition to movant's November 17, 2008 motion to modify restitution ; and

\\\\\

\\\\\

\\\\\

3. The Clerk of the Court is directed to send movant a copy of the government's opposition, filed December 2, 2008 (Docket No. 166).

DATED: January 7, 2009

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:076/ thom0026.236