IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Respondent,                         No. CR S-01-0026 JAM GGH P

    vs.

BRIAN K. THOMPSON,

      Movant.                           <u>ORDER</u>

_____/

        Movant, a federal prisoner proceeding through counsel, has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 12, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. On April 3, 2009, the court granted movant an extension of time until May 16, 2009, to file objections. At this time, neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY

ORDERED that:

    1. The findings and recommendations filed March 12, 2009, are adopted in full;

    2. Movant's March 19, 2008, motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 (no. 152) is denied;

    3. The Clerk of the Court is directed to close the companion civil case, No. CIV. S-08-1297.

DATED: July 6, 2009

                                            /s/ John A. Mendez
                                            UNITED STATES DISTRICT JUDGE

thom26.jo