IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Respondent,               No. CR S-01-0026 JAM GGH P

   vs.

BRIAN K. THOMPSON,

        Movant.               <u>ORDER</u>

_____/

        Movant, a federal prisoner proceeding pro se, has filed a motion to modify restitution order.

        On August 24, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

\\\\\

\\\\\

1

1.  The findings and recommendations filed August 24, 2009, are adopted in full;

2.  Movant's November 17, 2008 motion to modify restitution order (docket #163) is denied.

DATED: November 24, 2009

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE